| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
March 03, 2017
David J. Bradley, Clerk

| GABRIEL BAILON, | § | |
|---|---|---|
| | § | |
| Petitioner, | § | |
| | § | |
| versus | § | CIVIL ACTION H-16-3489 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## Order of Adoption

On January 27, 2017, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (7). No party filed objections. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Bailon's petition for writ of habeas corpus will be transferred to the United States District Court for the Eastern District of Texas, Lufkin Division.

Signed _March 2_, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge